IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

JORDON JEFFERSON,

   Plaintiff,

v.                                                                      Civil Action No. 1:21-cv-1095

U.S. XPRESS, INC.

and

CAMERON JEFFERS,

   Defendants.

## **STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by counsel, represent to the Court that all matters in controversy herein have been settled and request that these matters be dismissed agreed, with prejudice.

Respectfully submitted:

| /s/ | /s/ |
|---|---|
| James R. Jebo<br>VSB No. 48418<br>Harman, Claytor, Corrigan & Wellman<br>P.O. Box 70280<br>Richmond, Virginia 23255<br>804-747-5200 - Phone<br>804-747-6085 - Fax<br>jjebo@hccw.com<br>*Counsel for Cameron Jeffers and U.S. Xpress, Inc.* | Riley H. Ross, III, Esq.<br>VSB No. 44498<br>Mincey Fitzpatrick Ross LLC<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>215-587-0006 – t<br>215-587-0628 – f<br>riley@minceyfitzross.com<br>*Counsel for Plaintiff* |